In the Matter of the Application of WAITT OPERATING Co., INC., Appellant, against HENRY L. CONNELL, Temporary Chairman, and Others, Respondents, and CARPENTER-MADISON CORPORATION, Intervening Defendant, Respondent.— Final order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

LAURA RYAN, Respondent, v. WILLIAM A. SERVICE, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN G. HAAS, Appellant, v. ELLIS L. PHILLIPS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ALFRED D. BORROK, as Trustee in Bankruptcy of LUSONRAY HOLDING Co., INC., Bankrupt, Appellant, v. THE BANK OF UNITED STATES, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LUIS REY, Appellant. — Judgment affirmed. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ELSIE Y. BARBER, as Executrix, etc., of DONN BARBER, Deceased, and Others, Respondents, v. BROADWAY TEMPLE BUILDING CORPORATION, Appellant.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

NUNZIO MONTALBANO, Respondent, v. LUMBERMEN'S INSURANCE COMPANY OF PHILADELPHIA, Appellant.— Determination affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HATTIE SACHS and CHEMICAL BANK AND TRUST COMPANY (Formerly THE CHEMICAL NATIONAL BANK), as Executors and Trustees, etc., of EDWARD SACHS, Deceased, Respondents, v. MAURICE SCHNECK, Appellant, Impleaded with JOSEPH WETSTEIN and Others, Defendants.— Judgments so far as appealed from affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

RAY BOCK ROMAN, Appellant, v. KATHRINE DONOVAN and Another, Doing Business, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAM PAPERNO and Another, Copartners, etc., Respondents, v. JAMES H. HUGHES and Another, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants, appellants, to answer within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.